UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PEDRO SAMUAL CETO MINERA,

     Petitioner,

    v.                                          Case No.:  2:26-cv-02159-SPC-KRH

TODD BLANCHE *et al.*,

     Respondents.

_____/

## <u>OPINION AND ORDER</u>

Before the Court are Pedro Samual Ceto Minera's Petition for Writ of Habeas Corpus (Doc. 1) and the government's response (Doc. 5).

Ceto Minera is a native and citizen of Guatemala who entered the United States in 2006. On June 29, 2026, local police arrested Ceto Minera for a traffic violation, and Immigration and Customs Enforcement (ICE) issued an immigration detainer. Ceto Minera bonded out of local custody on July 8, 2026, and ICE detained him. He filed this habeas action the next day to argue he was entitled to a bond hearing. On July 11, 2026, ICE commenced removal proceedings by serving Ceto Minera with a notice to appear. In its July 22, 2026, response to the habeas petition, the government notified the Court that a bond hearing was set for the next day. On August 7, 2026, the Court gave Ceto Minera three days to state whether the bond hearing rendered his habeas petition moot. Ceto Minera did not respond.

According to the EOIR's automated case information system, an immigration judge granted Ceto Minera voluntary departure on July 23, 2026. Federal regulation allows the government to attach conditions to voluntary departure, including "continued detention pending departure." 8 C.F.R. § 240.25(b). The voluntary departure agreement makes Ceto Minera's request for a bond hearing moot, and there is no apparent constitutional problem here because Ceto Minera's detention is not indefinite. Accordingly, Ceto Minera's Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**. The Clerk is **DIRECTED** to terminate any pending motions and deadlines, enter judgment, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on August 11, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties or Record

2